Date: April 22 2026

Name: Darrence White

Reg#: 99570 510

Addr: F.C.I. Coleman Medium
P.O. Box 1032
Coleman, Fl. 33521

Case#: 8:23-cr-00449-VMC-AAS

Clerk of the Court
United States District Court
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, 2nd Fl.
Tampa, Fl   33602

Dear Sir or Madam,

I was sentenced on 07 / 02 / 2025 in the Middle
district of Florida                . I am in the process of
preparing legal documents and would appriciate it if you could
send me a copy of the following documents:

[ ✓ ]    Judgement and Sentencing Order
[ ✓ ]    Sentencing Guidelines Score Sheet
[ ✓ ]    Written Plea Agreement
[ ✓ ]    Information or Indictment
[ ✓ ]    Arrest Report
[ ✓ ]    Lab Report(s)
[ ✓ ]    Criminal History
[ ✓ ]    Court's Minutes of Docket
[ ✓ ]    Other Transcripts of guilty plea and sentence

I thank you in advance for your time and assistance, and I
look forward to hearing from you socn.

Respectfully,

Mr. Darren White #00570-510
F.C.I. Coleman Medium, A-2
P.O. Box 1032
Coleman, Fl. 33521

SAINT PETERSBURG FL
25 APR 2026 PM 5 L

FOREVER / USA

Screened by USMS

Legal mail

Middle District Court
Sam M. Gibbons United State Courthouse
801 North Florida Ave, 2nd Fl.
Tampa, Fl.        33602

33602-380099



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022