Mr. Darrence White, # 99570-510
FCI Coleman Medium, A-2
P.O. Box 1032
Coleman, Fl. 33521




Screened by USPS

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 4338 9500 96

Legal Mail

United States District Court
Middle District of Florida
Office of the Clerk
801 North Florida Ave., 2nd Fl.
Tampa, Fl 33602

Screened by USPS

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN FLORIDA
33521

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESSEE.

10/01/26
DATE

MAIL ROOM STAFF